AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| **BELLEFIT, INC.** <br> *Plaintiff(s)* | ) ) ) ) ) |
| v. | ) Civil Action No. 1:24-cv-23910-BB ) ) |
| **BELLA FIT FASHION LLC, HYPNOTIC STORE B.V., AND BLUE DIAMOND B.V.** <br> *Defendant(s)* | ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To:   BELLA FIT FASHION LLC
Serve: Registered Agent
David Roberts
30 N Gould St Ste R, Sheridan, Wyoming, 82801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joel B. Rothman
joel.rothman@sriplaw.com
**SRIPLAW, P.A.**
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 10, 2024



Angela E. Noble
Clerk of Court

SUMMONS

s/ W. Cendejas
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| **BELLEFIT, INC.** <br> *Plaintiff(s)* <br><br> v. <br><br> **BELLA FIT FASHION LLC, HYPNOTIC STORE B.V., AND BLUE DIAMOND B.V.** <br> *Defendant(s)* | Civil Action No. 1:24-cv-23910-BB |

## SUMMONS IN A CIVIL ACTION

To: HYPNOTIC STORE B.V.
Tjalk 32, 2411 NZ Bodegraven, Netherlands

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joel B. Rothman
joel.rothman@sriplaw.com
**SRIPLAW, P.A.**
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 10, 2024

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ W. Cendejas
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| **BELLEFIT, INC.** <br> *Plaintiff(s)* <br><br> v. <br><br> **BELLA FIT FASHION LLC, HYPNOTIC STORE B.V., AND BLUE DIAMOND B.V.** <br> *Defendant(s)* | Civil Action No. 1:24-cv-23910-BB |

## SUMMONS IN A CIVIL ACTION

To: BLUE DIAMOND B.V.
Aziëlaan 652408 EM Alphen aan den Rijn, Netherlands

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joel B. Rothman
joel.rothman@sriplaw.com
**SRIPLAW, P.A.**
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 10, 2024

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ W. Cendejas
Deputy Clerk
U.S. District Courts